UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC D. RICE,<br><br>        Petitioner,<br><br>   v.<br><br>CDCR,<br><br>        Respondent. | No. 2:15-cv-0431 CKD P<br><br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The application attacks a conviction issued by the Los Angeles Superior Court.  While both the district court within the district of confinement and conviction have jurisdiction over a § 2254 petition, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of the petition are more readily available in Los Angeles County.  <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

      Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated:  March 30, 2015

                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE

1/kly
rice0431.108