JS-6/ENTER

ENTERED
CLERK, U.S. DISTRICT COURT
April 9, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
April 9, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ERIC D. RICE, | ) No. CV 15-02419-PSG (DFM) |
|---|---|
| Petitioner, | ) JUDGMENT |
| v. | ) |
| CDCR, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that that the petition is summarily dismissed.

Dated: 4/9/15

_____
PHILIP S. GUTIERREZ
United States District Judge